**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rico Antwan FAIR, a/k/a Rico Fair,
Defendant–Appellant.**

**No. 11–6206.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: June 1, 2011.

Lucky T. Osho, Charlotte, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Antwan Fair appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fair,* No. 5:03–cr–00051–RLV–DCK–2 (W.D.N.C. filed Feb. 7, 2011 & entered Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*